

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00523-CV

MARIA AREVALOS
v.
RAUL R. ALVAREZ

On Appeal from the
County Court at Law No. 4 of Hidalgo County, Texas
Trial Court Cause No. CL-17-2208-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment of August 23, 2017 and dismisses the case. The Court orders the judgment vacated and the case is DISMISSED. No costs are assessed, as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

August 12, 2021